UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENODE COLLINS (#313898)

CIVIL ACTION

VERSUS

NO. 10-373-JJB-DLD

N. BURL CAIN, ET AL.

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 12, 2011 (doc. no. 16) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petition of Renode Collins for habeas corpus relief is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, this 1ST day of November, 2011.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA